IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATE OF AMERICA

V.                                              CRIMINAL NO. 2:17CR 12-KS-MTP

GERALD JAY SCHAAR

## NOTICE OF ENTRY OF APPEARANCE
## AS ATTORNEYS OF RECORD

COMES NOW Thomas Fortner, MS Bar No. 5441, and Valerie L. Moss, MS Bar No. 105413 and hereby gives notice of their entry of appearance as Attorneys of Record for the Defendant Gerald Jay Schaar in the above-numbered cause.

Respectfully submitted this the 14th day of July, 2017.

> By:/s/Valerie L. Moss
> VALERIE L. MOSS
> Attorney for Gerald Jay Schaar
>
> By: /s/ Thomas M. Fortner
> THOMAS M. FORTNER,
> Attorney for Gerald Jay Schaar

LOWREY & FORTNER, P.A.
Attorneys at Law
Erik M. Lowrey MSB #1466
Robert R. Marshall MSB #1880
Richard A. Filce MSB #100554
**Thomas M. Fortner MSB #5441**
tom@eriklowreypa.com
Shawn M. Lowrey MSB #100597
Kimberly-Joy Lockley MSB #104772
**Valerie L. Moss MSB # 105413**
valeriem@eriklowreypa.com
525 Corinne Street
Hattiesburg, MS 39401
601.582.5015
601.582.5046 (Fax)

## CERTIFICATE OF SERVICE

We, Valerie L. Moss and Thomas M. Fortner, do hereby certify that we have this day served a true and correct copy of the *Notice of Entry of Appearance as Attorneys of Record* to the United States Attorney, Gregory K. Davis by electronic filing via the United States District Court, Southern District of Mississippi's web site.

THIS the 14th day of July, 2017.

> By:/s/Valerie L. Moss\_\_\_
> VALERIE L. MOSS
> Attorney for Gerald Jay Schaar
>
> /s/ Thomas M. Fortner\_\_\_\_\_
> Thomas M. Fortner
> Attorney for Gerald Jay Schaar