AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:17-cr-00012-KS-JCG-1 |
| GERALD JAY SCHAAR (Wherever Found) | ) ) ) | |
| Defendant | | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

JUL 6 PM 12:38

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* GERALD JAY SCHAAR,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☑ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

VIOLATION OF PRETRIAL RELEASE SUPERVISION

Date: 07/05/2018

City and state: Hattiesburg, MS

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 18 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

ARTHUR JOHNSTON, CLERK
*Issuing officer's signature*

C. Smith, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7.6.18, and the person was arrested on *(date)* 7.18.18
at *(city and state)* GULFPORT, MS.

Date: 7.12.18

*Arresting officer's signature*

MARCUS BASS / CT DUSM
*Printed name and title*